| | |
|---|---|
| 1 | CLEMENTE M. JIMÉNEZ, SBN 207136 |
| 2 | 428 J Street, Suite 355 |
| | Sacramento, CA 95814 |
| 3 | (916) 443-8055 |
| 4 | Attorney for Defendant |
| 5 | JOSE ANTONIO MURILLO-CAMACHO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 12-415 LKK |
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| v. | |
| JOSE ANTONIO MURILLO-CAMACHO, | DATE: January 15, 2013 |
| | TIME: 9:15 a.m. |
| Defendant. | JUDGE: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Nirav Desai, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant JOSE ANTONIO MURILLO-CAMACHO, that the status conference scheduled for January 15, 2013, at 9:15 a.m., be vacated and the matter continued to this Court's criminal calendar on January 29, 2013, at 9:15 a.m. for judgment and sentencing. The defense anticipates resolution in this matter, but requires additional time to address various issues prior to plea and sentencing. The short continuance requested should be sufficient time to address those issues. Consequently, defense counsel anticipates the matter will be ready for change of plea on the requested date.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and

allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: January 11, 2013

/S/ Nirav Desai_____
NIRAV DESAI
Attorney for Plaintiff


/S/ Clemente M. Jiménez_____
CLEMENTE M. JIMÉNEZ
Attorney for JOSE ANTONIO MURILLO-CAMACHO

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for January 15, 2013, at 9:15 a.m., be vacated and the matter continued to January 29, 2013, at 9:15 a.m. for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

DATED: January 15, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT